FAY OESTREICHER, Respondent, v. WARREN J. OESTREICHER, Appellant.— Defendant appeals from so much of a judgment of the Supreme Court, Queens County, entered October 28, 1965 after a nonjury trial as (a) awards permanent alimony of $50 a week for those weeks in which the parties' infant daughter is being maintained by defendant while away at school; and $90 a week for those weeks in which said daughter is residing at home with plaintiff, and (b) directs payment of $5,130 (temporary alimony arrears) in three equal monthly installments. Judgment modified on the facts by reducing to $3,420 the amount of the arrears referred to in the fifth decretal paragraph thereof. As so modified, judgment affirmed, insofar as appealed from, without costs. Under all the circumstances disclosed by this record, we believe the indicated reduction in the arrears of temporary alimony is warranted. Ughetta, Acting P. J., Brennan, Rabin, Hopkins and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TROADIO DIAZ, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered May 7, 1965, convicting him of criminally concealing and withholding wrongfully acquired property as a felony, upon a jury verdict, and imposing sentence. Judgment affirmed. Defendant was entitled to have the jury know that he could not be convicted on codefendant Green's testimony alone unless there was other evidence tending to connect him with the commission of the crime. The refusal to so charge was error. We hold this error to be harmless since the People's evidence in chief sufficiently tended to connect Diaz with the commission of the crime (Code Crim. Pro., § 542). That evidence independently could have supported the conviction here, so that, when codefendant Green took the stand in his own behalf on this joint trial, his implication of appellant Diaz was merely cumulative. We have considered the other points raised and find them to be without merit. Ughetta, Acting P. J., Christ, Hill, Rabin and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARTIN SEYMOUR EPSTEIN, Also Known as SEYMOUR EPSTEIN, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered May 21, 1965, convicting him, upon his plea of guilty, of petit larceny, and imposing sentence. Judgment modified on the law and in the exercise of discretion to the extent of suspending execution of the sentence and placing defendant on probation for one year. As so modified, judgment affirmed (*People* v. *Silver*, 10 A D 2d 274). Ughetta, Acting P. J., Hill and Rabin, JJ., concur; Christ and Benjamin, JJ., dissent and vote to affirm the judgment.